# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### SOUTHERN DIVISION

| | | |
|---|---|---|
| TANIKA BARROW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 1:26-cv-00072 |
| | ) | JURY DEMAND |
| WALMART, INC., | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| WALMART ASSOCIATES, INC., | ) | |
| and JANE DOE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendants  Walmart, Inc., Wal-Mart Stores East, LP, and Walmart Associates, Inc., hereby give notice of the removal pursuant to 28 U.S.C. § 1441 et. seq., of the following action filed against them: Tanika Barrow v. Walmart, Inc., Wal-Mart Stores East, LP, Walmart Associates, Inc., and Jane Doe, in the Circuit Court for Hamilton County, Tennessee, No. 26C275.

Copies of the summons are attached as Collective Exhibit A.  A copy of the complaint is attached as Exhibit B.  Plaintiff is a citizen and resident of Chattanooga, Hamilton County, Tennessee.

Wal-Mart Stores East, LP, is the entity that operated the store on the date of this accident. Walmart, Inc. and Walmart Associates, Inc. are not proper parties to this action.  Defendant may be referred to as "Wal-Mart" in this document.  It is expected that Wal-Mart Stores East, LP, will be substituted as the sole proper Walmart defendant in this matter.

Wal-Mart Stores East, LP is a Delaware limited partnership.[1]  The general partner is WSE Management, LLC, a Delaware limited liability company.  The limited partner is WSE Investment,

---

[1]Wal-Mart Stores East, LP, is the entity that operated the store on the date of this accident. It was sued as Walmart Inc., Wal-Mart Stores East, LP, and Walmart Associates, Inc.  Defendants may be referred to as "Wal-Mart" in this document. It is expected that Wal-Mart Stores East, LP, will be substituted as the sole proper defendant in this matter.

LLC, a Delaware limited liability company.  The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC fka Wal-Mart Stores East, Inc.,[2] an Arkansas limited liability company.  The sole member of Wal-Mart Stores East, LLC is Walmart Inc. fka Wal-Mart Stores, Inc., a Delaware corporation.  There are no other owners of Wal-Mart Stores East, LLC.  Walmart Inc. is and was at the times plaintiff's complaint was filed and this matter being removed to this Court a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Bentonville, Arkansas. Walmart Inc. is a publicly traded company on the New York Stock Exchange and traded under the symbol WMT.  No publicly traded entity owns more than 10% of Walmart Inc. The principal place of business for all entities mentioned is 702 S.W. 8th Street, Bentonville, Arkansas 72716.

Jurisdiction is conferred under 28 U.S.C. § 1332 relating to diversity of citizenship of the parties.  The parties are citizens of different states.

The amount in controversy is in excess of the federal jurisdictional requisite of $75,000. The plaintiff's complaint prays for "an ad damnum of two-hundred and fifty thousand dollars ($250,000.00)."

The Walmart defendants were served with process on February 18, 2026.  Fewer than thirty days have expired since service of process on the Walmart defendants.  This Notice of Removal is timely filed as set forth in 28 U.S.C. § 1446(b).

WHEREFORE, Defendants Walmart, Inc., Wal-Mart Stores East, LP, and Walmart Associates, Inc., hereby give notice of the removal of this action pending in the Circuit Court of Hamilton County, Tennessee, to the United States District Court for the Eastern  District of Tennessee, Southern Division, and request that the proceedings be held thereon.

---

[2]Wal-Mart Stores East, Inc. was converted to an Arkansas limited liability company on January 25, 2011.

*/s/ Maria T. de Quesada*

G. Andrew Rowlett, No. 016277
Maria T. de Quesada, No. 024389
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203-1089
arowlett@howell-fisher.com
mdequesada@howell-fisher.com
(615) 244-3370
Attorneys for Walmart Defendants

## CERTIFICATE OF SERVICE

I certify that the foregoing was served by U.S. Mail, postage prepaid, upon:

Lacey Webb Rorex
WETTERMARK & KEITH, LLC
629 Market Street, Suite 101
Chattanooga, TN 37402
lrorex@wkfirm.com

this the 17th day of March, 2026.

*/s/ Maria T. de Quesada*
